## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of New York

Index Number: 1:21-CV-00921                                                                 Date Filed: _____

Plaintiff:
**PABLO RAVAZZANI**

vs.

Defendant:
**MAISON DE PAPILLON LLC; EN AVANCE CORP.**

For:
Kevin McCulloch
McCulloch | Kleinman Law
501 Fifth Avenue
Suite 1809
New York, NY 10017

Received by DLE Process Servers, Inc on the 3rd day of March, 2021 at 5:58 pm to be served on **EN AVANCE CORP, 151 Ne 41st Street, Suite 129, Miami, FL 33137**.

I, Rafael Perez, do hereby affirm that on the **6th day of March, 2021** at **12:35 pm, I:**

served a **CORPORATION** by delivering a true copy of the **Summon, Complaint and Demand for Jury Trial, Exhibits** with the date and hour of service endorsed thereon by me, to: **Karen Quinones** as **Employee Authorized** for **EN AVANCE CORP**, at the address of: **151 Ne 41st Street, Suite 129, Miami, FL 33137**, and informed said person of the contents therein, in compliance with state statutes.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

Under penalties of perjury, I declare that I have read the foregoing Verified Return of Service and that the facts stated are true. F.S. 92.525.  NOTARY NOT REQUIRED PURSUANT TO F.S. 92.525

Rafael Perez
10017

DLE Process Servers, Inc
936 Sw 1st Avenue
#261
Miami, FL 33130
(786) 220-9705

Our Job Serial Number: DLE-2021009031

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1u

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| PABLO RAVAZZANI | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:21-cv-00921 |
| MAISON DE PAPILLON LLC; EN AVANCE CORP. | ) | |
| | ) | |
| *Defendant(s)* | ) | |

RJ #1001
3-6-21
12:35p

Karen
Quinones

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  EN AVANCE CORP.
151 NE 41ST STREET
SUITE 129
MIAMI, FL 33137

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  MCCULLOCH | KLEINMAN LAW
Kevin P. McCulloch
Nate A. Kleinman
501 Fifth Avenue, Suite 1809
New York, New York 10017

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/3/2021

/s/ J. Gonzalez
Signature of Clerk or Deputy Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:21-cv-00921

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: