```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/29/2021
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------X
PABLO RAVAZZANI,                        :
                                        :
                    Plaintiff,          :
                                        :     ORDER
    - against -                         :
                                        :     21 Civ. 921 (VM)
MAISON DE PAPILLON LLC, et al.,         :
                                        :
                    Defendants.         :
---------------------------------------X

**VICTOR MARRERO, United States District Judge.**

    A Complaint in the above captioned matter was filed on February 2, 2021. (Dkt. No. 1.) Defendants Maison de Papillon LLC and En Avance Corp. filed a joint Answer to the Complaint on March 26, 2021. (See Dkt. No. 12.)

    The parties are hereby directed to submit a joint letter, within thirty (30) days of the date of this Order, addressing the following in separate paragraphs: (1) a brief description of the case, including the factual and legal bases for the claim(s) and defense(s); (2) any contemplated motions; (3) the prospect for settlement; and (4) whether the parties consent to proceed for all purposes before the Magistrate Judge designated for this action. The parties are also directed to submit a completed Case Management Plan that provides that discovery is to be completed within four months unless otherwise permitted by the Court. A model Case Management Plan is available on the Court's website: https://nysd.uscourts.gov/hon-victor-marrero.

    Submissions must be made in accordance with Judge Marrero's Emergency Individual Rules and Practices in light of COVID-19, available at the Court's website.

Dated:     MARCH 29, 2021
           New York, New York

_____
Victor Marrero
U.S.D.J.